**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Leo Raymond McAloon III
Pulaski, Gieger & LaBorde
701 Poydras St., 48th Floor
New Orleans LA 70139-4600

Kenneth Hugh Laborde
Pulaski, Gieger & Laborde
701 Poydras, Ste 4800
New Orleans LA 70139-4800

Tony Bryson Jobe
Attorney at Law
500 Water St.
Madisonville LA 70447

Richard Charles Broussard
Broussard & David
P. O. Box 3524
Lafayette LA 70502-3524

Hon. Jack C. Watson
Attorney at Law
692 Lakewood Dr.
Lake Charles LA 70605

**REHEARING ACTION: January 28, 2009**

**Docket Number: 08   00133-CA**

**KENT LOUIS KRAMER, JR., ET AL.**
**VERSUS**
**PETROLEUM HELICOPTERS, INC., ET AL.**

**Appealed from Lafayette Parish Case No. 981262**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Janice McLaud** has this day been

> **DENIED.**
> Saunders, J., would grant.

cc: Jamie D. Rhymes, Counsel for the Appellee
    Don Keller Haycraft, Counsel for the Appellee
    Sherman Gene Fendler, Counsel for the Appellee